UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  SUSAN MUZZONE,                    CASE NO.: 6:14-bk-07871-CCJ

Debtor.
_____/

**3001(c) OBJECTION TO CLAIM #5-1 OF TD BANK USA, N.A.**

COMES NOW the Debtor, SUSAN MUZZONE, by and through the undersigned attorney, and file this Objection to the Claim of Creditor, TD BANK USA, N.A.,("Creditor" or "TD Bank"), and in support thereof states as follows:

1.      The Creditor filed a claim in the amount of $1,263.72 consisting of a general unsecured claim in the amount of $1.263.72 (Claim No. 5-1) on August 11, 2014.

2.      The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3.      The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtor, by and through the undersigned attorney, requests an Order sustaining this objection and disallowing Claim No. 5-1 of TD Bank in its entirety because there is not adequate documentation of the debt attached to said claim.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 9th day of February, 2015, to Creditor, TD Bank USA, N.A., c/o Weinstein, Pinson and Riley, PS, Attn: Larry E. Johnson, 2001 Western Avenue, Suite 400, Seattle, WA 98121; and Creditor, TD Bank USA, N.A., Attn: Officer, Manager or Registered Agent, 2001 Western Avenue, Suite 430, Seattle, WA 98121.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Charles W. Price_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES W. PRICE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　390 Maitland Ave., #1000
　　　　　　　　　　　　　　　　　　　　　　Altamonte Springs, FL  32701
　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtors
　　　　　　　　　　　　　　　　　　　　　　(407) 834-0090, (407) 386-7610 (fax)
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 870862