UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   SUSAN MUZZONE,                                    CASE NO.: 6:14-bk-07871-CCJ

Debtor.
_____/

**3001(c) OBJECTION TO CLAIM #14-1 OF CERASTES, LLC**

COMES NOW the Debtor, SUSAN MUZZONE, by and through the undersigned attorney, and files this Objection to the Claim of Creditor, CERASTES, LLC, and in support thereof states as follows:

1. The Creditor filed a claim in the amount of $614.18 consisting of a general unsecured claim in the amount of $614.18 (Claim No. 14-1) on November 6, 2014.

2. The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3. The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtor, by and through the undersigned attorney, request an Order sustaining this objection and disallowing Claim No. 14-1 of CERASTES, LLC in its entirety because there is not adequate documentation of the debt attached to said claim.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 9th day of February, 2015, to Creditor CERASTES, LLC c/o Weinstein, Pinson and Riley, PS, Attn: Max Zaleski, 2001 Western Avenue, Suite 400, Seattle, WA  98121; and Creditor, TD Bank USA, N.A., Attn: Officer, Manager or Registered Agent, 2001 Western Avenue, Suite 430, Seattle, WA  98121.

   /s/ Charles W. Price_____
CHARLES W. PRICE, ESQ.
390 Maitland Ave., #1000
Altamonte Springs, FL  32701
Counsel for Debtor
(407) 834-0090, (407) 386-7610 (fax)
Fla. Bar No. 870862